UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 30, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUEY LEUNG,

Defendant.

Case No. 2:17-cr-00227-MCE

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUEY LEUNG

Case No. _2:17-cr-00227-MCE_  Charges 18 USC § 1709 from custody for the

following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  **X**   Unsecured Appearance Bond $   10,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  **X**   (Other): Pretrial Supervision conditions as stated on

_____   the record in open court.

Issued at Sacramento, California on January 30, 2018 at 2:00 PM

By:   _____

Magistrate Judge Kendall J. Newman